District Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>Defendant. | Case No. 19-cv-1051-JLR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF THE JOINT STATUS REPORT DEADLINE<br><br>**Noted on Motion Calendar:**<br>**9/24/2019** |

## JOINT STIPULATION

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to an extension of the following pre-trial deadline:

| **Description** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Joint Combined Status Report | September 24, 2019 | October 1, 2019 |

The parties are in discussions of the subject matter of the litigation in an effort to resolve this matter. The extension is necessary to allow the parties to continue their efforts to resolve this case or narrow the issues before the Court.

STIPULATION AND PROPOSED ORDER FOR
EXTENSION OF THE JOINT STATUS REPORT DEADLINE
Case No. 19-cv-1051-JLR
PAGE- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Dated this 24th day of September, 2019.

BRIAN T. MORAN
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98406
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendant*

*/s/ Paul Kampmeier*
Paul Kampmeier, WSBA #31560
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
Tel: (206) 858-6983
Email: paul@kampmeierknutsen.com

*Attorney for Plaintiff*

## [PROPOSED] ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The Clerk is directed to send copies of the Order to all counsel of record.

DATED this 26th day of September, 2019.

JAMES L. ROBART
United States District Judge

STIPULATION AND PROPOSED ORDER FOR
EXTENSION OF THE JOINT STATUS REPORT DEADLINE
Case No. 19-cv-1051-JLR
PAGE- 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970