The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>Defendant. | Case No. 2:19-cv-01051-JLR<br><br>[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR ENTRY OF ORDER SETTING DEADLINES |

Plaintiff Northwest Environmental Advocates (NWEA) brought this Freedom of Information Act lawsuit against defendant U.S. Environmental Protection Agency (EPA). The parties have filed a Joint Motion for Entry of Agreed Order Vacating Case Schedule and Establishing Deadlines for EPA's FOIA Responses (Doc. #10). The Court hereby GRANTS that motion. As per the parties' October 1, 2019 stipulations and agreement:

1. All existing case deadlines are vacated.

2. NWEA shall not seek relief in this case for claim six in the complaint.

3. EPA shall comply with the following deadlines and obligations:

   a. By March 6, 2020, EPA shall complete its search for responsive records and send NWEA all non-exempt responsive records and EPA's final response to

[PROPOSED] ORDER
GRANTING JOINT MOTION
FOR ENTRY OF AGREED ORDER - 1

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

NWEA's January 11, 2019 FOIA request to EPA regarding polybrominated diphenyl ethers (PBDE) in Puget Sound and elsewhere (request number EPA-R10-2019-002757);

b. For NWEA's January 11, 2019 FOIA request to EPA regarding nutrient pollution in Puget Sound and elsewhere (request number EPA-R10-2019-002758), EPA shall: (i) on a monthly basis, review at least 150 potentially responsive records and disclose non-exempt responsive records to NWEA, with the first monthly production to be on or before November 29, 2019; and (ii) send NWEA all non-exempt responsive records and EPA's final response to that FOIA request by March 20, 2020. The parties shall work on confirming the scope of the search and shall confer about extending the deadline if necessary;

c. By December 2, 2019, EPA shall respond in writing to the issues set forth in NWEA's May 9, 2019 administrative FOIA appeal (FOIA appeal reference number EPA-HQ-2019-005645) and make any additional disclosures, as appropriate;

d. Within thirty days of the final response deadlines set forth in paragraphs 3(a)-(c) herein, EPA shall send NWEA a basic written index of redactions and withholdings. For redactions, EPA shall mark each redaction with the correlating exemption number. NWEA will identify in writing documents that have been withheld or redacted and that NWEA seeks additional information about, to which EPA will respond;

e. For all its responses, EPA shall endeavor to retroactively provide NWEA with color copies for documents identified by NWEA. For documents already received, in addition to the documents already identified in NWEA's May 9, 2019 administrative FOIA appeal, NWEA may identify documents that it would like to receive a color copy of and EPA shall endeavor to promptly

[PROPOSED] ORDER
GRANTING JOINT MOTION
FOR ENTRY OF AGREED ORDER - 2

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

provide a color copy of the documents to the extent it is technologically feasible to do so. EPA shall produce emails and attachments in consecutive order in the productions, or otherwise provide an index or written information allowing NWEA to associate produced emails with attachments. For responsive attachments that are withheld in full, EPA shall also provide information concerning the document identity of the parent email; and

f. For all the FOIA requests and responses at issue in this case, including NWEA's March 27, 2019 FOIA request to EPA regarding Clean Water Act section 319 funding to Oregon (request number EPA-R10-2019-004570), the parties shall work in good faith to resolve any disputes and shall meet and confer regarding EPA's responses, in particular if EPA encounters technical difficulties or there is a dispute about any documents withheld in full or in part, to attempt to resolve any disputes and reduce the issues before the Court.

4. The parties shall confer regarding EPA's disclosures and file a Joint Status Report with the Court by May 20, 2020 that will propose a schedule to govern future proceedings, should they be necessary, including proposing deadlines for dispositive motions and/or a fee petition if the parties are unable to resolve any remaining issues.

IT IS SO ORDERED.

Dated this 1st day of October, 2019.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Paul Kampmeier
Paul Kampmeier, WSBA #31560

[PROPOSED] ORDER
GRANTING JOINT MOTION
FOR ENTRY OF AGREED ORDER - 3

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

1  Kampmeier & Knutsen PLLC
   811 First Avenue, Suite 468
2  Seattle, Washington 98104
   Tel: (206) 858-6983
3  Email: paul@kampmeierknutsen.com
4
   *Attorneys for Northwest Environmental Advocates*
5

6  BRIAN T. MORAN
   United States Attorney
7

8  /s/Michelle R. Lambert
   MICHELLE R. LAMBERT, NYS #4666657
9  Assistant United States Attorney
   Western District of Washington
10 United States Attorney's Office
   1201 Pacific Avenue, Suite 700
11 Tacoma, Washington 98406
12 Phone: 253-428-3824
   Email: michelle.lambert@usdoj.gov
13
   *Attorneys for Defendant U.S. EPA*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
GRANTING JOINT MOTION
FOR ENTRY OF AGREED ORDER - 4

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983