District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>                Defendant. | CASE NO.  2:19-cv-01051-JLR<br><br>JOINT STATUS REPORT AND ORDER<br><br>**Noted for: July 3, 2020** |

      Plaintiff Northwest Environmental Advocates ("NWEA") and defendant United States Environmental Protection Agency ("EPA") (collectively, "the parties"), by and through counsel, submit this Joint Status Report.  NWEA filed this case under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), on July 8, 2019.  Dkt. No. 1.  On October 7, 2019, this Court granted the parties' motion for entry of an agreed order vacating the case schedule and setting FOIA disclosure obligations and deadlines for EPA.  Dkt. No. 11.  Pursuant to that order, the parties filed a status report with the Court on May 14, 2020, Dkt. No. 12, seeking additional time to resolve any outstanding disputes or present such disputes to the Court.

      The parties are continuing to identify and confer on various issues related to the disclosures EPA made pursuant to the production order filed in this case.  NWEA continues

Joint Status Report and [Proposed] Order
19-cv-1051-JLR- 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

to review EPA's latest production for completeness and sufficiency, and to identify documents it would like EPA to produce or produce in color. EPA is also in the process of providing information to NWEA regarding emails and their attachments from the last production. And the parties are attempting to resolve a dispute over EPA's application of an exemption to a document.

The parties believe they would benefit from having additional time to confer, to see if they can resolve all disputes concerning EPA's disclosures, in which case the parties expect to turn their attention to resolving NWEA's claims for costs and attorneys' fees. Accordingly, the parties respectfully request that the Court enter an order setting July 25, 2020 as the deadline for the parties to submit another joint status report, which may include a proposed briefing schedule as appropriate.

**SO STIPULATED**.

Dated this 2nd day of July, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

/s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3800
Fax: 253-428-3826
E-mail: michelle.lambert@usdoj.gov

/s/Paul Kampmeier
Paul Kampmeier, WSBA #31560
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468

Joint Status Report and [Proposed] Order
19-cv-1051-JLR- 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Seattle, Washington 98104
Tel: (206) 858-6983
Email: paul@kampmeierknutsen.com
*Attorneys for Northwest Environmental Advocates*

Joint Status Report and [Proposed] Order
19-cv-1051-JLR- 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# ORDER

**IT IS SO ORDERED**.

Dated this 6th day of July, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge

Joint Status Report and [Proposed] Order
19-cv-1051-JLR- 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800