1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL
ADVOCATES,
                              Plaintiff,

        v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,
                              Defendant.

CASE NO.  2:19-cv-01051-JLR

JOINT STATUS REPORT AND
[PROPOSED] ORDER

**Noted for: November 3, 2020**

16

17

18

19

20

        Plaintiff Northwest Environmental Advocates ("NWEA") and Defendant United

States Environmental Protection Agency ("EPA") (collectively "the parties"), by and

through counsel, submit this Joint Status Report pursuant to the Court's Order.  Dkt. No. 19.

The only remaining issue in this Freedom of Information Act litigation is NWEA's claim for

costs and fees.

21

22

23

24

        Since the parties' last status report, NWEA provided EPA with a settlement proposal

for its claim for costs and fees.  EPA is currently obtaining authorization to enter into

settlement discussions with NWEA.   If resolved, the parties will dismiss this case without

further judicial intervention.

25

26

27

28

        The parties request that they be allowed to submit a status report to the Court in

thirty days to allow EPA to obtain settlement authorization and in order to permit the parties

with enough time to engage in settlement discussions.  Good cause exists for this request

Joint Status Report and ~~Proposed~~ Order
19-cv-1051-JLR- 1

1 | because, if settlement discussions are successful, this case would be fully resolved.

2

3 | Accordingly, the parties jointly propose a joint status report to be filed on or before

4 | December 3, 2020.

5 |      Respectfully submitted this 3rd day of November 2020.

6 |      BRIAN T. MORAN
     United States Attorney

7

8 |      /s/  Michelle R. Lambert
     MICHELLE R. LAMBERT, NYS #4666657

9 |      Assistant United States Attorney

10 |      United States Attorney's Office
     1201 Pacific Avenue, Suite 700

11 |      Tacoma, Washington 98402

12 |      Phone:  206-428-3800
     Fax:  253-428-3826

13 |      E-mail:  michelle.lambert@usdoj.gov

14 |      *Attorneys for Defendant*

15 |      /s/ Paul Kampmeier

16 |      Paul Kampmeier, WSBA #31560
     Kampmeier & Knutsen PLLC

17 |      811 First Avenue, Suite 468

18 |      Seattle, Washington 98104
     Tel: (206) 858-6983

19 |      Email: paul@kampmeierknutsen.com

20 |      *Attorneys for Plaintiff*

21

22

23

24

25

26

27

28

Joint Status Report and ~~Proposed~~ Order
19-cv-1051-JLR- 2

1

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED**.  The parties will submit a joint status report on or before

December 3, 2020.

Dated this 17th day of November, 2020.

JAMES L. ROBART
United States District Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Status Report and ~~Proposed~~ Order
19-cv-1051-JLR- 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800