The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br>　　　　　　　Plaintiff,<br>　　v.<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>　　　　　　　Defendant. | CASE NO.  2:19-cv-01051-JLR<br><br>JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER<br><br>**Noted for: December 3, 2020** |

　　　Plaintiff Northwest Environmental Advocates ("NWEA") and Defendant United States Environmental Protection Agency ("EPA") (collectively "the parties"), by and through counsel, submit this Joint Status Report pursuant to the Court's Order.  Dkt. No. 21. The only remaining issue in this Freedom of Information Act litigation is NWEA's claim for costs and fees.

　　　Since the parties' last status report, EPA continued work on obtaining authorization to enter into settlement discussions with NWEA.   This process has multiple steps and has experienced unforeseen delays.  The parties request that they be allowed to submit a status report to the Court in thirty days to allow EPA to obtain settlement authorization and in order to permit the parties with enough time to engage in settlement discussions.  Good cause exists for this request because, if settlement discussions are successful, this case would be

Joint Status Report and ~~Proposed~~ Order
19-cv-1051-JLR- 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

fully resolved. Accordingly, the parties jointly propose a joint status report to be filed on or before January 4, 2021.

Respectfully submitted this 3rd day of December 2020.

> BRIAN T. MORAN
> United States Attorney
>
> /s/  Michelle R. Lambert
> MICHELLE R. LAMBERT, NYS #4666657
> Assistant United States Attorney
> United States Attorney's Office
> 1201 Pacific Avenue, Suite 700
> Tacoma, Washington 98402
> Phone:  206-428-3800
> Fax:  253-428-3826
> E-mail:  michelle.lambert@usdoj.gov
> *Attorneys for Defendant*
>
> /s/ Paul Kampmeier
> Paul Kampmeier, WSBA #31560
> Kampmeier & Knutsen PLLC
> 811 First Avenue, Suite 468
> Seattle, Washington 98104
> Tel: (206) 858-6983
> Email: paul@kampmeierknutsen.com
> *Attorneys for Plaintiff*

Joint Status Report and ~~Proposed~~ Order
19-cv-1051-JLR- 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**[PROPOSED] ORDER**

**IT IS SO ORDERED**.  The parties will submit a joint status report on or before January 4, 2021.

Dated this 3rd day of December, 2020.

_____
JAMES L. ROBART
United States District Judge

Joint Status Report and ~~Proposed~~ Order
19-cv-1051-JLR- 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800