The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>　　　　　　　Defendant. | CASE NO.  2:19-cv-01051-JLR<br><br>JOINT STATUS REPORT, STIPULATED MOTION, AND **[PROPOSED]** ORDER SETTING DEADLINE<br><br>**Noted for: January 4, 2021** |

Pursuant to this Court's Order, Dkt. No. 23, Plaintiff Northwest Environmental Advocates ("NWEA") and Defendant U.S. Environmental Protection Agency ("EPA") (collectively "the parties"), by and through counsel, submit this Joint Status Report and stipulated motion for entry of an order setting a deadline for NWEA to file a motion for costs and attorneys' fees.

NWEA filed this case under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), on July 8, 2019. Dkt. # 1. On October 7, 2019, this Court granted the parties' motion for entry of an agreed order vacating the case schedule and setting FOIA disclosure obligations and deadlines for EPA. Dkt. # 11. EPA disclosed numerous documents to NWEA pursuant to that order. And the parties have regularly filed status reports with this Court since May 14, 2020, seeking additional time to resolve outstanding disputes, if possible, and

Joint Status Report, Stipulated Motion, and Proposed Order
W.D. Wash. Case No. 19-cv-1051-JLR- 1

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

informing the Court of the parties' progress in doing so. *See* Dkts. ## 12-22.

The parties turned their attention to resolving NWEA's claim for costs and attorneys' fees in the fall of 2020, but EPA has experienced unforeseen delays and the parties have not been able to make progress. Accordingly, the parties now request entry of an order requiring NWEA to file a motion for an award of costs and attorneys' fees by February 19, 2021. If the parties resolve NWEA's cost and fee claim before then they will inform the Court.

Respectfully submitted this 4th day of January 2021.

> BRIAN T. MORAN
> United States Attorney
>
> /s/  Michelle R. Lambert
> MICHELLE R. LAMBERT, NYS #4666657
> Assistant United States Attorney
> United States Attorney's Office
> 1201 Pacific Avenue, Suite 700
> Tacoma, Washington 98402
> Phone:  206-428-3800
> Fax:  253-428-3826
> E-mail:  michelle.lambert@usdoj.gov
> *Attorneys for Defendant*
>
> /s/ Paul Kampmeier
> Paul Kampmeier, WSBA #31560
> Kampmeier & Knutsen PLLC
> 811 First Avenue, Suite 468
> Seattle, Washington 98104
> Tel: (206) 858-6983
> Email: paul@kampmeierknutsen.com
> *Attorneys for Plaintiff*

Joint Status Report, Stipulated Motion, and ~~Proposed~~ Order
W.D. Wash. Case No. 19-cv-1051-JLR- 2

Kampmeier & Knutsen PLLC
811 FIRST AVENUE, SUITE 468
SEATTLE, WASHINGTON 98104
(206) 858-6983

**[PROPOSED] ORDER**

Plaintiff Northwest Environmental Advocates shall file a motion for costs and attorneys' fees on or before February 19, 2021.

**IT IS SO ORDERED**.

Dated this 5th day of January 2021.

JAMES L. ROBART
United States District Judge

Joint Status Report, Stipulated Motion, and ~~Proposed~~ Order
W.D. Wash. Case No. 19-cv-1051-JLR- 3

Kampmeier & Knutsen PLLC
811 FIRST AVENUE, SUITE 468
SEATTLE, WASHINGTON 98104
(206) 858-6983