The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 2:19-cv-01051-JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>**Noted: March 23, 2021** |

The above-captioned action having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of this case.

Respectfully submitted this 23rd day of March 2021.

/s/ Paul Kampmeier
Paul Kampmeier, WSBA #31560
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
Tel: (206) 858-6983
Email: paul@kampmeierknutsen.com

*Attorneys for Plaintiff NWEA*

STIPULATION AND
[PROPOSED] ORDER OF DISMISSAL - 1
W.D. WASH. Case No. 2:19-cv-01051-JLR

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

|   |   |
|---|---|
| 1 | TESSA M. GORMAN |
| 2 | Acting United States Attorney |
| 3 | /s/ Michelle Lambert |
|   | MICHELLE R. LAMBERT, NYS #4666657 |
| 4 | Assistant U.S. Attorney |
|   | U.S. Attorney's Office |
| 5 | 700 Stewart Street, Suite 5220 |
| 6 | Seattle, Washington 98101-1271 |
|   | Phone: 206-553-7970 |
| 7 | Email: michelle.lambert@usdoj.gov |
| 8 | *Attorneys for the U.S. EPA* |

**[PROPOSED]** ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation. This case is dismissed with prejudice.

DATED this 23rd day of March, 2021.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT

STIPULATION AND
[PROPOSED] ORDER OF DISMISSAL - 2
W.D. WASH. Case No. 2:19-cv-01051-JLR

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983